ND/GA PROB 12C
(Rev. 1/21)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 02 2021

JAMES N. HATTEN, Clerk
By: Deputy Clerk

### Violation Report and Petition for Warrant
### for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Rhaine Yamabushi | Docket No: | 113E 1:17CR00428-LMM |

**UNDER SEAL**

ATTEST: A TRUE COPY
CERTIFIED THIS

APR 02 2021

James N. Hatten, Clerk
By: Deputy Clerk

| | |
|---|---|
| Name of Sentencing Judicial Officer: | Honorable Leigh Martin May<br>U.S. District Court Judge |
| Date of Original Sentence: | 03/18/2019 |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. 1349 |
| Original Sentence: | 1 year and 1-day confinement followed by 3 years of supervised release. The following special conditions were imposed: $100 special assessment, $164,995 restitution to be paid at a rate of $150 per month plus 25% of gross income in excess of $2,500 per month, DNA, firearm restrictions, participate in mental health evaluation and treatment, financial disclosure, and no new credit. |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | 01/10/2020 |
| Assistant U.S. Attorney: | Samir Kaushal |
| Defense Attorney: | Robert Alan Glickman |

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has violated the conditions of supervision as follows:

**Violation of Mandatory Condition-Commission of Another Federal, State, or Local Crime:** On October 23, 2020, Ms. Yamabushi was arrested by the Fairfax County Police Department in Fairfax, Virginia, for False Identity to Law Enforcement and Interfere with Property Rights of Another.

According to Fairfax County Police Officer P. Blasko, he was dispatched to 1134 Towlston Rd., Great Falls, VA 22066, in reference to an unlawful entry. He met with Wesam Al-Shareef who stated that her husband and so own the property and that she was taking her friend by to show the property when she realized there were people inside the house. Mrs. Wesam then called her son who confirmed the information and stated that his business Great Falls Estate owns the home and it was purchased to be demolished. He stated that the home had not been leased or sold to anyone. He also stated that if

anyone was in the home, he wanted to press charges.

After attempting to make contact with the home occupants several times, the loudspeaker was used. An occupant who identified herself as Omniel Starchild Ali (Yamibushi) came outside. She reported that she rented the home with an option to purchase approximately 3 months ago. She was asked for documentation and she replied that it was in the house and that she was moving from Maryland. She was instructed to call her boyfriend out of the home. PFC Sefiani arrived with an AFIS reader so that Ms. Ali's identity could be confirmed. She refused to provide her fingerprints and stated that she had a copyright on them. At this point she was detained for suspicion of unlawful entry. She was instructed to provide her proper identifying information. She stated that she had a passport inside the house. They entered the house. Once inside, she provided an international drivers license from a table and stated that she was a Moroccan National. She then provided a The World Passport which is not a recognized passport by the United States. She was then asked to provide bills in her name from the property. No bills could be provided. She was then placed under arrest and read her Miranda Rights in which she shook her head to. When Officer P. Blasko returned to the car, Ms. Ali wanted to talk. She was read her Miranda Rights again and she then again indicated that she did not understand. Officer P. Blasko then informed her that he could not ask her questions, but he would not stop her from talking. Ms. Ali then stated that her real name was Rhaine Yamabushi. She was then arrested for Unlawful Entry and False ID to Law Enforcement.

According to South Carolina USPO Brian Johnson, Ms. Yamabushi appeared in Fairfax County General District Court on December 15, 2020, and the Interfere with Property Rights of Another was dismissed. The False Identity to Law Enforcement charge is set for a bench trial in Fairfax County Circuit Court in Fairfax, Virginia, on April 8, 2021.

**Violation of Special Condition-Failure to Participate in a Mental Health Treatment Program:**
On August 4, 2020, a referral was made for Ms. Yamabushi to have a mental health assessment with Dr. Alexandr Federer in Florence, South Carolina. At that time, she completed the assessment and was recommended to cooperate with individual counseling. On January 31, 2021, she was unsuccessfully discharged from services due to her failing to make contact with the service provider.

**Violation of Special Condition-Failure to Pay Restitution:** Ms. Yamabushi has failed to pay $150, plus 25% of gross income in excess of $2,500 towards her $164,995 restitution as ordered. She has failed to make a payment for February 2020, March 2020, April 2020, May 2020, June 2020, July 2020, August 2020, September 2020, November 2020, December 2020, January 2021, February 2021, and March 2021. A partial payment ($20) was made October 9, 2020. She is currently $2080 in arrears and us currently in default.

**Violation of Standard Condition #3-Failure to Follow the Instructions of the Probation Officer:**
On February 24, 2021, Ms. Yamabushi was issued a travel pass to Virginia for Court and work purposes. The travel pass stipulated she needed to be back in the District of South Carolina by March 5, 2021. Ms. Yamabushi has failed to return to the District of South Carolina as instructed. Additionally, she has failed to make contact with the U.S. Probation Officer since February 26, 2021.

Rhaine Yamabushi
Violation Report and Petition for Warrant
Page 3

Several attempts have been made to get in touch with Ms. Yamabushi. The District of South Carolina reports that they are unable to supervise her due to her absconding supervision.

## PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

None

## PETITIONING THE COURT TO:

Issue a Warrant for Rhaine Yamabushi and that she be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that
the foregoing is true and correct.

_____  03/31/21        _____  3/31/2021
Michael Murphy              Date    David P. Mitchell                Date
United States Probation Officer      Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☑ The issuance of a Warrant

☐ No Action

☐ Other

_____
Honorable Leigh Martin May
U.S. District Court Judge

_____April 1, 2021_____
Date